IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALEX JEROME THOMAS, JR.                                                                    PLAINTIFF

v.                                              Case No. 6:19-cv-6108

WENDY KELLEY (Arkansas Department of
Correction), JASON M. KELLEY; JANE DOE/
NURSE AMANDA; MR. HARDNER (Security
Officer, ORCU); MR. EARL (Warden, ORCU);
MR. JACKSON (Assistant Warden, ORCU);
CRYSTAL MCCOY; and NURSE CASSANDRA
BRANSON                                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 30, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 58). Judge Bryant recommends that the Court deny Plaintiff's Motion for a Preliminary Injunction. (ECF No. 30).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 58) *in toto*. Accordingly, Plaintiff's Motion for a Preliminary Injunction (ECF No. 30) is hereby **DENIED**.

**IT IS SO ORDERED**, this 17th day of August, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge