IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALEX JEROME THOMAS, JR.                                                              PLAINTIFF

v.                                         Case No. 6:19-cv-06108

JANE DOE/NURSE AMANDA                                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 17, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 75). Judge Bryant recommends that the Court dismiss Plaintiff's Complaint without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 75) *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge